## Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** III   **Investigating Agency** FBI, IRS

**City** Falmouth, MA

**County** Barnstable

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

Defendant Name: Susan Figuerido   Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _____

Address: Falmouth, MA

Birth date (Yr only): 1951   SSN (last 4#): 0804   Sex: F   Race: White   Nationality: USA

**Defense Counsel if known:** Joan M. Fund   Address: 245 First St., Riverview II, Ste 1800

Bar Number: 181430   Cambridge, MA 02142

**U.S. Attorney Information**

AUSA: Kristen Kearney   Bar Number if applicable: 669940

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8/22/2024   Signature of AUSA: *Kristen A. Kearney*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Susan Figuerido

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1343 | Wire Fraud | 1 |
| Set 2 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 2 |
| Set 3 | 18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461 | Forfeiture | -- |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013